SCWC-12-0000708

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

GARY A. DRAIZEN,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000708; S.P.P. NO. 11-1-0051; CR. NO. 94-2348)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on May 7, 2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, June 9, 2015.

Gary A. Draizen                    /s/ Mark E. Recktenwald
petitioner pro se
                                   /s/ Paula A. Nakayama

                                   /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Michael D. Wilson

